IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21 -_____ |
| v. | : | DATE FILED: _____ |
| ALBERTO BURGOS | : | VIOLATION:<br>18 U.S.C. § 922(g)(1) (possession of firearm by a felon – 1 count)<br>Notice of forfeiture |
| | : | |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about September 9, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ALBERTO BURGOS,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Smith & Wesson model 638 Airweight, .38 Special +P caliber revolver, bearing serial number CYH3841, loaded with five live rounds of ammunition, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

## ALBERTO BURGOS

shall forfeit to the United States of America the firearm and ammunition involved in the commission of this offense, including:

1. a Smith & Wesson model 638 Airweight, .38 Special +P caliber revolver, bearing serial number CYH3841; and
2. five live rounds of ammunition.

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

A TRUE BILL:

**JENNIFER ARBITTIER WILLIAMS**
**Acting United States Attorney**

*No.*_____

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

ALBERTO BURGOS

INDICTMENT

Count

**18 U.S.C. § 922(g)(1) (possession of firearm by a felon – 1 count)**
**Notice of forfeiture**

_____

Foreman

Filed in open court this _____ day,

Of _____ A.D. 20_____

Clerk

Bail, $_____